## IN THE UNITED STATE DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| KIRSY CASTILLO, <br><br> Plaintiff, <br><br> v. <br><br> RYDER TRUCK RENTAL, a foreign corporation licensed to conduct business in the state of Illinois; ZIZMAX EXPRESS, LLC., a foreign corporation licensed to conduct business in the state of Florida; SAYRAM CORP., a foreign corporation now dissolved but previously licensed to conduct business in the state of Illinois; JASUR KHULTAEV, a citizen of the state of New York, in his individual capacity and as an authorized agent of SAYRAM CORP.; and BAKHTIYAR UMAROV, individually and as Registered Agent for SAYRAM CORP. <br><br> Defendants. | Case No. 20-cv-467 |

### NOTICE OF REMOVAL ON BEHALF OF DEFENDANT
### RYDER TRUCK RENTAL, INC. d/b/a RYDER TRANSPORTATION SERVICES

TO THE HONORABLE JUDGE OF THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION:

Pursuant to 28 U.S.C. §§ 1332, 1441 and 1446, Defendant RYDER TRUCK RENTAL, INC. d/b/a RYDER TRANSPORTATION SERVICES ("Ryder") by and through its attorneys, GOLDBERG SEGALLA LLP, submits this Notice of Removal from the Circuit Court of Cook County, Illinois, County Department, in which this matter is now pending as ""*Kirsy Castillo v. Ryder Truck Rental, a foreign corporation licensed to conduct business in the state of Illinois; Zizmax Express, LLC., a foreign corporation licensed to conduct business in the state of Florida;*

*Sayram Corp., a foreign corporation now dissolved but previously licensed to conduct business in the state of Illinois; Jasur Khultaev, a citizen of the state of New York, in his individual capacity and as an authorized agent of Sayram Corp.; and Bakhtiyar Umarov, individually and as Registered Agent for Sayram Corp*, 2019 L 013708," to the United States District Court for the Northern District of Illinois, Eastern Division. In support of this Notice, Ryder states as follows:

## Nature of Action

1. This is an action for personal injury damages arising from an alleged auto accident which occurred on May 5, 2019 at the intersection of Russell Road and Old US Route 41 in the Township of Newport, County of Lake, and State of Illinois. Plaintiff alleges causes of action sounding in Respondeat Superior and Negligence against Ryder.

2. Plaintiff commenced this action on December 12, 2019 by filing her Complaint in the Circuit Court of Cook County, Illinois, Law Division as: "*Kirsy Castillo v. Ryder Truck Rental, a foreign corporation licensed to conduct business in the state of Illinois; Zizmax Express, LLC., a foreign corporation licensed to conduct business in the state of Florida; Sayram Corp., a foreign corporation now dissolved but previously licensed to conduct business in the state of Illinois; Jasur Khultaev, a citizen of the state of New York, in his individual capacity and as an authorized agent of Sayram Corp.; and Bakhtiyar Umarov, individually and as Registered Agent for Sayram Corp*, 2019 L 013708".

3. Pursuant to 28 U.S.C. § 1446(a), copies of all process, pleadings and orders served upon Ryder are attached to this Notice of Removal.

## Timeliness of Removal

4. Defendant Ryder was first served with Summons and Complaint on December 19, 2019. Attached as **Exhibit A** is a copy of the Proof of Service and Complaint as served upon Ryder.

5. This Notice of Removal is being filed within thirty (30) days after receipt of the Complaint by Ryder, and is, therefore timely pursuant to 28 U.S.C. § 1446(b).

## Amount in Controversy

6. Plaintiff brings this action to recover personal injury damages allegedly suffered during an auto accident which occurred on January 12, 2018. Plaintiff's Complaint prays for damages "in excess of $75,000."

## Diversity of Citizenship

7. At the time this action was commenced, and at all times relevant, Plaintiff, Kirsy Castillo was and is a resident and citizen of the State of Illinois, residing in the Village of Volo and County of Lake.

8. At the time this action was commenced, and at all times relevant, Defendant, Ryder Truck Rental was a Florida corporation with its principal place of business in Miami, Florida.

9. Upon information and belief, Defendant, Jasur Khultaev was and is a resident and citizen of the State of New York. Upon information and belief, Mr. Khultaev has not yet been served.

10. Defendant, Zizmax Express, LLC is a Florida corporation with its principal place of business in Kissimmee, Florida. Upon information and belief, Zizmax Express, LLC has been served and has provided consent to this removal.

11. Defendant, Sayram Corp., now dissolved, was Florida corporation with its principal place of business in Orlando, Florida. Upon information and belief, Sayram Corp. has not yet been served.

12. Defendant, Bakhtiyar Umarov is named as the Registered Agent for Sayram Corp. and is a citizen and resident of the State of Florida. Upon information and belief, Mr. Umarov has not yet been served.

13. Accordingly, pursuant to 28 U.S.C. § 1332(a), complete diversity exists between the parties in this action since the Plaintiff and Defendants are citizens of different states.

### Request for Removal

14. The United States District Court for the Northern District of Illinois, Eastern Division, has original jurisdiction in this matter as there is diversity of citizenship between the parties and, as shown above, the amount in controversy exceeds $75,000. Therefore, removal is proper pursuant to 28 U.S.C. § 1332(a) and 28 U.S.C. § 1441(a).

15. Contemporaneously with the filing of this Notice of Removal, Ryder has served written notice upon Plaintiff and the Clerk of the Circuit Court of Cook County, Illinois, that this Notice of Removal is being filed in the District Court for the Northern District of Illinois, Eastern Division. Attached hereto as **Exhibit B** is the Notice of Removal to the Circuit Court of Cook County, Illinois.

16. Removal to the United States District Court for the Northern District of Illinois, Eastern Division, is proper under 28 U.S.C. §1441(a), because the state court where the suit has been pending is located within this district.

WHEREFORE Defendant, Ryder Truck Rental, prays that the action captioned ""*Kirsy Castillo v. Ryder Truck Rental, a foreign corporation licensed to conduct business in the state of Illinois; Zizmax Express, LLC., a foreign corporation licensed to conduct business in the state of Florida; Sayram Corp., a foreign corporation now dissolved but previously licensed to conduct business in the state of Illinois; Jasur Khultaev, a citizen of the state of New York, in his individual capacity and as an authorized agent of Sayram Corp.; and Bakhtiyar Umarov, individually and as Registered Agent for Sayram Corp*, 2019 L 013708, Circuit Court of Cook County, Illinois, Law

Division," be removed from the Circuit Court of Cook County, Illinois to the United States District Court for the Northern District of Illinois, Eastern Division.

                                                Respectfully submitted,

                                                GOLDBERG SEGALLA LLP

                                                /s/ Staci A. Williamson
                                                Attorney for Defendant, Ryder Truck Rental, Inc. d/b/a Ryder Transportation Services

David J. O'Connell (ARDC # 6199086)
Staci A. Williamson (ARDC # 6291064)
GOLDBERG SEGALLA LLP
*Physical Address:*
222 W. Adams Street, Suite 2250
Chicago, IL 60606
*Mailing Address:*
P.O. Box 957
Buffalo, NY 14201
Tel: (312) 572-8400
Fax: (312) 572-8401
doconnell@goldbergsegalla.com
swilliamson@goldbergsegalla.com

## CERTIFICATE OF SERVICE

TO: Gary A. Newland
Erin A. Adamski
NEWLAND & NEWLAND, LLP
121 S. Wilke Rd., Suite 301
Arlington Heights, IL 60005
paralegal.newland3@gmail.com
erin@newlandlaw.com

    I hereby certify that on January 21, 2020, I electronically filed the ***NOTICE OF REMOVAL ON BEHALF OF DEFENDANT, RYDER TRUCK RENTAL***, ***INC. d/b/a RYDER TRANSPORTATION SERVICES*** with the United States District Court – Northern District of Illinois by using the CM/ECF system.

By: /s/ Staci A. Williamson (ARDC # 6291064)
GOLDBERG SEGALLA LLP
*Physical Address:*
222 W. Adams Street, Suite 2250
Chicago, IL 60606
*Mailing Address:*
P.O. Box 957
Buffalo, NY 14201
Tel: (312) 572-8400
Fax: (312) 572-8401
swilliamson@goldbergsegalla.com
***Attorney for Defendant, Ryder Truck Rental, Inc. d/b/a Ryder Transportation Services***